DAMOORGIAN, J.
 

 The Appellant, Earl Western Lester, appeals his judgment of conviction and sentence for lewd or lascivious molestation and his designation as a sexual predator. We affirm his conviction and sentence without discussion. However, we reverse his designation as a sexual predator because he does not meet the criteria for such a designation.
 
 See, e.g., Ealum v. State,
 
 943 So.2d 994, 995 (Fla. 1st DCA 2006);
 
 Hickey v. State,
 
 915 So.2d 663, 663-64 (Fla. 2d DCA 2005);
 
 State v. Bouchil-lon,
 
 882 So.2d 412, 412-13 (Fla. 4th DCA 2004). On remand, the trial court shall vacate the order designating the Appellant a sexual predator.
 

 Affirmed in part; Reversed in part and Remanded with instructions.
 

 MAY and CIKLIN, JJ., concur.